# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENTON CAMBRIDGE,**<br><br>**Plaintiff**<br><br>v.<br><br>**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**<br><br>**Defendant** | **CIVIL ACTION**<br><br>No. 2:20-CV-01900-MMB |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 17th day of July, 2020, upon consideration of Defendant's Motion to Dismiss, (ECF 4), and Plaintiff's Response in Opposition, (ECF 5), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

          **BY THE COURT:**

          s/ Michael M. Baylson
          _____
          **MICHAEL M. BAYLSON**
          **United States District Court Judge**

O:\CIVIL 20\20-1900 Cambridge v. Allstate Fire\20cv1900 Order re Defendant's Motion to Dismiss Word.docx